**Order filed, November 11, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00601-CR
_____

**CASIMIR  EME-ODUNZE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No 6**
**Harris County, Texas**
**Trial Court Cause No. 1878875**

## ORDER

The reporter's record in this case was due **October 20, 2014**. *See* Tex. R. App. P. 35.1. On **August 18, 2014**, this court granted **Patricia Palmer's** first motion for extension of time to file the record until **September 18, 2014**. On **September 17, 2014, Patricia Palmer** filed a second motion for extension of time to file the record which was granted until **October 20, 2014**. The court has not received a request to extend time for filing the record.  The record has not been

filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Patricia Palmer**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Patricia Palmer** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM